**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lawrence WOODARD, Defendant–Appellant.**

**No. 03–6514.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Lawrence Woodard, Appellant Pro Se. Karen Breeding Peters, Assistant United

States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Lawrence Woodard appeals the district court's order denying his motion for a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Woodard,* No. CR–96–109 (W.D.Va. Feb. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*